

# Fourth Court of Appeals
## San Antonio, Texas

June 25, 2015

No. 04-15-00349-CV

Steven M. **GARY**,
Appellant

v.

Mary **ROMAN**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-01986
Honorable Laura Salinas, Judge Presiding

# O R D E R

Steven M. Gary filed a pro se notice of appeal on June 8, 2015. On June 19, 2015, he filed a letter in this court asserting that he is incarcerated and indigent and unable to pay the cost of the appellate record. It appears appellant did not file his letter in the trial court. We construe the letter as a motion for extension of time to file the affidavit of indigence and **grant** the motion.

We **order** the clerk of this court to send copies of Gary's letter and this order to the trial court clerk, the court reporter, and all parties. *See* Tex. R. App. P. 20.1(d)(2).

We further **order** the clerk, the court reporter or any party may challenge the claim of indigence by filing a contest to the affidavit in our court within 10 days from the date of this order. *See* Tex. R. App. P. 20.1(e).

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of June, 2015.

Keith E. Hottle
Clerk of Court